IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>$59,800.00 IN UNITED STATES CURRENCY,<br><br>               Defendant. | **8:12CV312**<br><br>**ORDER** |

IT IS ORDERED:

1) The joint oral motion to continue pretrial conference and trial, (filing no. 29), is granted.

2) The non-jury trial of this case is set to commence before Cheryl R. Zwart, United States Magistrate Judge, in Courtroom 1, (Special Proceedings) Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska at 9:00 a.m. on **June 12, 2014**, or as soon thereafter as the case may be called, for a duration of one (1) trial day.

3) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **May 27, 2014** at **10:00 a.m.**, and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to [zwart@ned.uscourts.gov](mailto:zwart@ned.uscourts.gov), in either Word Perfect or Word format, by 5:00 p.m. on May 23, 2014. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

February 28, 2014.

                                                 BY THE COURT:

                                                 *s/ Cheryl R. Zwart*
                                                 United States Magistrate Judge