IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>$59,800.00 IN UNITED STATES CURRENCY,<br><br>    Defendant. | 8:12CV312<br><br>MEMORANDUM AND ORDER |

  A trial is scheduled for June 12, 2014.  The parties need to file dispositive motions which may narrow or clarify the trial issues.

  Accordingly,

  IT IS ORDERED:

1)  The trial is continued pending further order of the court.

2)  The deadline for filing motions for summary judgment is September 2, 2014.

3)  If this case is not fully resolved by summary judgment, within ten (10) days after the summary judgment ruling, the parties shall contact the undersigned magistrate judge's chambers to re-schedule the pretrial conference and trial.

4)  To facilitate the court's ability to monitor the potential trial setting, the clerk shall set a case management deadline of October 14, 2014.

May 27, 2014.

                 BY THE COURT:

                 *s/ Cheryl R. Zwart*
                 United States Magistrate Judge