IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>$59,800.00 IN UNITED STATES CURRENCY,<br><br>                Defendant. | **8:12CV312**<br><br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1)   The claimants' motion to serve additional discovery, with supporting brief and evidence, shall be filed on or before April 10, 2015, with the response and reply deadlines set in accordance with this court's local rules.

2)   The pretrial conference and trial are continued pending further order of the court.

March 18, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge