# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>$59,800.00 IN UNITED STATES CURRENCY,<br><br>                Defendant. | 8:12CV312<br><br>**ORDER** |

Due to the court's error, and the court entered an order granting Claimant's Motion for Further Discovery as unopposed. (Filing No. 56). However, the United States had, in fact, responded in a timely manner. (Filing No. 55).

Accordingly,

IT IS ORDERED:

1)  The court's order granting Claimant's Motion for Further Discovery, (Filing No. 56) is withdrawn.

2)  Claimant's reply brief, if any, shall be filed by May 26, 2015.

Dated this 15th day of May, 2015

                                                                BY THE COURT:

                                                                 *s/ Cheryl R. Zwart*
                                                                 United States Magistrate Judge